No. 91. STANDARD OIL COMPANY AND CLAUDE E. SHAMP v. CITY OF LINCOLN ET AL. Error to the Supreme Court of the State of Nebraska. Argued November 29, 30, 1927. Decided December 5, 1927. *Per Curiam.* Affirmed on the authority of *Jones* v. *City of Portland,* 245 U. S. 217, 224, 225; *Green* v. *Frazier,* 253 U. S. 233, 242. *Messrs. Wm. H. Herdman* and *L. A. Flansburg,* with whom *Mr. Eugene J. Hainer* was on the brief, for plaintiffs in error. *Mr. C. Petrus Peterson* was on the brief for defendants in error.

No. 104. MISSOURI-KANSAS-TEXAS RAILROAD COMPANY OF TEXAS v. J. H. KING. On writ of certiorari to the Court of Civil Appeals, 4th Supreme Judicial District, State of Texas. Submitted November 30, 1927. Decided December 5, 1927. *Per Curiam.* Reversed on the authority of *American Railway Express Company* v. *Daniel,* 269 U. S. 40, 42; *American Railway Express* v. *Levee,* 263 U. S. 19, 21; *American Railway Express Company* v. *Lindenburg,* 260 U. S. 584, 592; *Galveston, Harrisburg & San Antonio Railway Company* v. *Woodbury et al.,* 254 U. S. 357, 360; *Kansas City Southern Railway Company* v. *Carl,* 227 U. S. 639, 653, 656. *Messrs. Alexander H. McKnight, Joseph H. Bryson* and *Charles C. Huff* for petitioner. *Mr. C. A. Davies* for respondent.